Decided February 7, 2001

### EDWARD J. JANIK *v.* BARBARA E. JANIK

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 175 (AC 19250), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Lori Welch-Rubin,* in support of the petition.

*William F. O'Shea,* in opposition.

Decided February 15, 2001